```
QUIN DENVIR, Bar #49374
Federal Defender

DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDUARDO ZAZUETA GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>EDUARDO ZAZUETA GARCIA, et al.,<br><br>          Defendants.<br>_____ | NO. CR-S-05-155-LKK<br><br>ORDER FOLLOWING HEARING<br><br>Judge: Hon. Lawrence K. Karlton |

This matter was before the court on June 1, 2005 for status hearing.  The government was represented by it's counsel, Mary Grad, Assistant United States Attorney; defendant, Ariel Antonio Gaete-Roig, present with his counsel, Michael Bigelow; defendant, Sergio Gaete, present with Michael Bigelow and Dina Santos on behalf of Shari Rusk; defendant, Feliz Martinez-Ramirez, present with his counsel, Dina Santos; and Rachelle Barbour, Assistant Federal Defender, appearing on behalf of Daniel Broderick.  The Court's interpreter was also present.

The parties requested additional time to review discovery and conduct further investigation.

1     Good cause appearing therefor,

2     IT IS ORDERED that this matter is continued to August 2, 2005 at
3 9:30 a.m. for further Status Conference.

4     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
5 (iv) and Local Code T4, the period from June 1, 2005 to August 2, 2005
6 is excluded from the time computations required by the Speedy Trial Act
7 due to ongoing preparation of counsel.

8 Dated:   June 7, 2005.

9                                           /s/Lawrence K. Karlton
                                            LAWRENCE K. KARLTON
10                                              Senior Judge