IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARIEL ANTONIO GAETE-ROIG,<br>et al.<br><br>　　　　　Defendant. | CR. No. S-05-155 LKK<br><br>TIME EXCLUSION ORDER |

　　　Upon motion of counsel for defendants Gaete-Roig, Garcia and Martinez-Ramirez, the Court continues the next hearing in this case to September 7, 2005 at 9:30 a.m.  The counsel for the named defendants stated that the continuance is necessary for counsel adequately to review the discovery provided by the government and to conduct further investigation in the case.  Thus, the requested continuance is for effective and diligent preparation by counsel.

　　　The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(8)(A), 3161 (h)(8)(B)(iv) and time, therefore, will be excluded from August 2, 2005 through September 9, 2005.

DATE: August 8, 2005　　　　　　　　　/s/Lawrence K. Karlton  
　　　　　　　　　　　　　　　　　　　HON. LAWRENCE K. KARLTON  
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE