```
ROBERT L. FORKNER (CSB# 1066097)
Law Offices of ROBERT L. FORKNER
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209) 544-0200
Fax:          (209) 544-1860


Attorneys for Defendant
EDUARDO GARCIA-ZAZUETA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CRF. No. CR-S-05-155 LKK |
| ) | |
| Plaintiffs, ) | |
| ) | SUBSTITUTION OF ATTORNEY |
| ) | |
| ) | |
| EDUARDO ZAZUETA-GARCIA ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____/ | |

Defendant, EDUARDO ZAZUETA-GARCIA, hereby substitutes ROBERT L. FORKNER, with law offices at 722 Thirteenth Street, Modesto, California 95354 in place and stead of DANIEL BRODERICK, Attorney at Law.

```
Dated: 8/30/05                    /s/ Eduardo Zazueta Garcia
                                  EDUARDO ZAZUETA-GARCIA


Dated: 9/2/05                     /s/ Daniel Broderick
                                  DANIEL BRODERICK,
                                  Federal Defender
```

I ACCEPT THE ABOVE SUBSTITUTION

```
Dated: 8/30/05                    /s/ Robert L. Forkner
                                  ROBERT L. FORKNER
                                  Attorney at Law
```

IT IS SO ORDERED

```
Dated: September 6, 2005          /s/ Lawrence K. Karlton
                                  HONORABLE LAWRENCE K. KARLTON
                                  U.S. DISTRICT COURT JUDGE
```